UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1-11-00010 |
| | ) | JUDGE SHARP |
| ROBERT PICKLE | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant Pickle's Motion to Set for Plea (Docket No. 68).

The motion is GRANTED, and a hearing on a plea of guilty is hereby scheduled for August 13, 2012 at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE