UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1-11-00010 |
| | ) | JUDGE SHARP |
| ROBERT PICKLE | ) | |
| | ) | |

## **O R D E R**

Pending before the Court is Defendant Pickle's Motion to Continue Plea (Docket No. 71) to which the Governement does not oppose.

The motion is GRANTED, and the hearing on a plea of guilty scheduled for August 13, 2012 is hereby continued to Monday, August 20, 2012 at 3:00 p.m.

It is so ORDERED.

*[signature: Kevin H. Sharp]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE