# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1-11-00010-4 |
| ) | JUDGE SHARP |
| JERAMIE HILL ) | |
| ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 155) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for November 22, 2013, is hereby rescheduled for Friday, January 31, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE